UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Coy E. Pless, Jr.**, <br> dba: Lakeside Chiropractic, <br> dba: Complete Wellness Medical Center, <br> dba: Anderson Wellness Center, <br> dba: CEP Jr Inc, <br> dba: Chiropractic of America, <br> dba: Pless Clinic of Chiropractic, <br><br>                        Petitioner, <br><br> vs. <br><br> **United States of America**; and <br> **Palmetto Bank**, <br><br>                        Respondents. | ) **C/A No. 8:06-0221-GRA-BHH** <br> ) [*formerly* Misc. No. 6:06-MC-14-BHH] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

       The Report and Recommendation (Entry No. 5) issued by the undersigned on February 28, 2005, is hereby vacated. The plaintiff has paid the remaining portion ($211) of the filing fee. The plaintiff actually tendered the $211 fee on February 8, 2006, but the money order was not properly credited to the above-captioned case.

       The plaintiff will have until **March 21, 2006**, to submit the summonses and his Answers to the Court's Special Interrogatories, which are specified in the order filed on January 23, 2006.

       IT IS SO ORDERED.

                                                                           *Bruce H. Hendricks*
                                                                BRUCE H. HENDRICKS
                                                                UNITED STATES MAGISTRATE JUDGE

March 9, 2006
Greenville, South Carolina