UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Coy E. Pless, ) | |
| ) | C/A No. 8:06-cv-00221-GRA |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| The United States of America and ) | |
| Palmetto Bank, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the Court on Petitioner's Motion to Recuse the undersigned, Judge G. Ross Anderson, Jr. After reviewing Petitioner's Motion, this Court concludes that Petitioner has not demonstrated adequate grounds to warrant recusal. It is well established law that "'opinions held by judges as a result of what they learned in earlier proceedings' are not subject to 'deprecatory characterization as "bias" or "prejudice."'" *United States v. Gordon*, 61 F.3d 263, 267 (4th Cir. 1995) (quoting *Liteky v. United States,* 510 U.S. 540, 551 (1994)). Further, "'judicial rulings alone almost never constitute valid basis for a bias or partiality motion.'" *Id.* (quoting *Liteky v. United States,* 510 U.S. 540, 556 (1994)).

Therefore, IT IS ORDERED that Petitioner's Motion to Recuse is hereby DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

November 28, 2006

Anderson, South Carolina